**James Caslin, appellee, v. Mike Opich, appellant.**

Action for damages to plaintiff's automobile by collision with defendant's. Judgment for plaintiff. Appeal from the Circuit Court

of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

Faulkner & Moore, for appellant. Harold J. Bandy, for appellee. Mr. Justice Barry delivered the opinion of the court.

---

Mr. Justice Barry delivered the opinion of the court.